Attorney:
CATALINA SOJO, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165



5 6 5 5 4 6

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

Index / case #: 1:22-CV-01699

DAVID BAHENA ESCOBAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY
SITUATED

**AFFIDAVIT OF SERVICE**

    Plaintiff

SALT MEDITERRANEAN LLC (D/B/A SALT MEDITERRANEAN RESTAURANT), ET AL
    Defendant

_Kings_ County, State of: _New York_ _Aaron Jones_ _NY_ being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _NY_

On _3/8/22_ at _1:32_ am/pm at: 1123 1ST AVENUE NEW YORK NY 10065

Deponent served the within: SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: AHMET KIRAL C/O SALT MEDITERRANEAN RESTAURANT
(herein after called the recipient) therein named.

| | | |
|---|---|---|
| ☐ Individual | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein | _Mario Olivara_ MANAGING AGENT |
| ☒ Suitable Age person | By delivering thereat a true copy of each to; _Mario Olivara_ a person of suitable age and discretion.Said premises is recipients [ ] Actual Place of Residence [☒] Actual Place of Business within the State. | |
| ☐ Affixing to Door | By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there ___ | |
| ☐ Corporation or Partnership | By delivering thereat a true copy of each to: ___ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be ___ thereof. | |
| ☒ Mailing | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [☒] Actual Place of Business at _1123 1st Avenue New York NY 10065_ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. | |

| Description | | | | | |
|---|---|---|---|---|---|
| ☒ Description | [☒] Male [ ] Female | [ ] White skin [ ] Black skin [ ] Yellow skin [☒] Brown skin [ ] Red skin | [☒] Black hair [ ] Brown hair [ ] Gray hair [ ] Blonde hair [ ] Red hair | [ ] 14-20 Yrs [ ] 21-35 Yrs [☒] 36-50 Yrs [ ] 51-65 Yrs [ ] Over 65 Yrs | [ ] Under 5' [ ] 5'0"-5'3" [☒] 5'4"-5'8" [ ] 5'9"-6'0" [ ] Over 6' | [ ] Under 100 Lbs [ ] 100-130 Lbs [ ] 131-160 Lbs [☒] 161-200 Lbs [ ] Over 200 Lbs |

Other Identifying Features ___

☒ Military Service — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of ___

☐

Sworn to before me on _3/2/2022_

_Aaron Jones_
(Print name below signature)

Aaron Jones 2101664

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
File No. 1:22-CV-01699 Qualified in Kings County
My Commission Expires: 1/18/2026

**Work Order No. 565546**
SLS Process Serving Co. LLC - 2074823
40 State St, Albany NY 12207