Attorney:
CATALINA SOJO, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165



UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

Index / case #: 1:22-CV-01699

DAVID BAHENA ESCOBAR, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
    Plaintiff

**AFFIDAVIT OF SERVICE**

SALT MEDITERRANEAN LLC (D/B/A SALT MEDITERRANEAN RESTAURANT), ET AL
    Defendant

Kings County, State of: New York   Aaron Jones — being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NY

On 3/8/22 at 1:32 am/pm at: 1123 1ST AVENUE NEW YORK NY 10065

Deponent served the within: SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: YAVUZ GULU C/O SALT MEDITERRANEAN RESTAURANT
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] **Suitable Age person** — By delivering thereat a true copy of each to: Mario Olivara  MANAGING AGENT
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at 1123 1st Avenue New York NY 10065
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
- [X] Male  [ ] Female
- [ ] White skin  [ ] Black skin  [ ] Yellow skin  [X] Brown skin  [ ] Red skin
- [X] Black hair  [ ] Brown hair  [ ] Gray hair  [ ] Blonde hair  [ ] Red hair
- [ ] 14-20 Yrs  [ ] 21-35 Yrs  [X] 36-50 Yrs  [ ] 51-65 Yrs  [ ] Over 65 Yrs
- [ ] Under 5'  [ ] 5'0"-5'3"  [X] 5'4"-5'8"  [ ] 5'9"-6'0"  [ ] Over 6'
- [ ] Under 100 Lbs  [ ] 100-130 Lbs  [ ] 131-160 Lbs  [X] 161-200 Lbs  [ ] Over 200 Lbs

Other Identifying Features _____

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on 3/7/2022

_Aaron Jones_
(Print name below signature)
Aaron Jones 2101664

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: 1/18/2026

File No. 1:22-CV-01699

Work Order No. 565547
SLS Process Serving Co. LLC-2014823
90 State St. Albany NY 12207