UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

DAVID BAHENA ESCOBAR, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

SALT MEDITERRANEAN LLC (D/B/A SALT MEDITERRANEAN RESTAURANT, YAVUZ GULU, and AHMET KIRAL,

------------------------------------------------------X

Case: 1:22-cv-1699

**CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 1, 2022 with the filing of a summons and complaint. Defendant Salt Mediterranean LLC (d/b/a Salt Mediterranean Restaurant) was served with the summons and complaint on March 3, 2022 by personally serving Nancy Dougherty, an authorized agent in the office of the Secretary of State of New York pursuant to N.Y. C.P.L.R § 311(a)(1) and N.Y. B.C.L. §306(b)(1); and proof of such service on the said Defendant was filed on March 8, 2022. (Dkt. No. 12).

    I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Salt Mediterranean LLC (d/b/a Salt Mediterranean Restaurant) is hereby noted.

Dated: New York, New York
           May 17, 2022

                                      **RUBY J. KRAJICK**
                                      Clerk of the Court

                                      By: _____K. Mango_____
                                            Deputy Clerk