UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DAVID BAHENA ESCOBAR, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

    -against-

SALT MEDITERRANEAN LLC (D/B/A
SALT MEDITERRANEAN RESTAURANT,
YAVUZ GULU, and AHMET KIRAL,
-------------------------------------------------------X

**Case: 22-cv-1699.**

**CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 1, 2022 with the filing of a summons and complaint; that a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendant Yavuz Gulu on March 8, 2022 by personally leaving a copy with Mario Olivara, a person of suitable age and discretion, who identified himself as a managing agent, and within twenty days depositing true copies of the same in a post office or official depository under exclusive care and custody of the U.S. Postal Service within New York State by regular first class mail; and proof of such service on the said Defendant was filed on March 11, 2022. (Dkt. No. 13)

    I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Yavuz Gulu is hereby noted.

Dated: New York, New York
         May 17, 2022

                                                      **RUBY J. KRAJICK**
                                                      Clerk of the Court
                                                      By: *K. Mango*
                                                      Deputy Clerk