# CSM Legal, P.C.
Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

June 8, 2022

**Via ECF**
Hon. Jesse M. Furman
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

                Re:    Escobar et al v. Salt Mediterranean LLC et al
                        22-cv-1699

Your Honor:

      This office represents Plaintiffs in the above-referenced matter. We write to respectfully request an adjournment of the court appearance on the Plaintiff's Motion for Default Judgment currently scheduled for June 15, 2022.

      The reason for this request is that this office was contacted by defendant Yavuz Gulu, who has stated he intends to participate in the case in order to reach an amicable resolution. He has requested thirty days in which to either find counsel or appear pro se. We have consented to this and as such are making this request on his behalf.

      This is the first request of its kind. The parties have no further scheduled appearances at this time.

      We thank the Court for its time and attention to this matter.

                                                Respectfully Submitted,

                                                /s/ Clela Errington
                                                 Clela Errington, Esq.