# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

June 8, 2022

**Via ECF**
Hon. Jesse M. Furman  
United States District Judge  
United States District Court  
40 Foley Square  
New York, NY 10007

        Re:    Escobar et al v. Salt Mediterranean LLC et al  
              22-cv-1699

Your Honor:

    This office represents Plaintiffs in the above-referenced matter. We write to respectfully request an adjournment of the court appearance on the Plaintiff's Motion for Default Judgment currently scheduled for June 15, 2022.

    The reason for this request is that this office was contacted by defendant Yavuz Gulu, who has stated he intends to participate in the case in order to reach an amicable resolution. He has requested thirty days in which to either find counsel or appear pro se. We have consented to this and as such are making this request on his behalf.

    This is the first request of its kind. The parties have no further scheduled appearances at this time.

    We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Clela Errington  
Clela Errington, Esq.

Application GRANTED. The default judgment hearing scheduled for June 15, 2022, is hereby adjourned to July 14, 2022, at 4:30 p.m. Plaintiff is hereby ordered to serve Defendants via overnight courier with a copy of this Order within one business day of the date of this Order, and, within two business days of service, Plaintiff must file proof of such service on the docket. The Clerk of Court is directed to terminate ECF No. 27. SO ORDERED.

*[signature]*

June 8, 2022