UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

DAVID BAHENA ESCOBAR, *individually
and on behalf of others similarly situated*,　　　　　22-cv-01699

　　　　　　　　　　Plaintiff,　　　　　**CERTIFICATE OF SERVICE**

　　-against-

SALT MEDITERRANEAN LLC (D/B/A
SALT MEDITERRANEAN RESTAURANT),
AHMET KIRAL, and YAVUZ GULU,

　　　　　　　　　　Defendants.
---------------------------------------------------------X

Felipe Gomez certifies as follows:

I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On June 9, 2022, I served copies of Judge Furman's Order (Dkt. No. 28), via Priority Mail Express to:

SALT MEDITERRANEAN LLC
D/B/A SALT MEDITERRANEAN RESTAURANT
1123 1st Avenue
New York, NY 10065

Ahmet Kiral
c/o SALT MEDITERRANEAN RESTAURANT
1123 1st Avenue
New York, NY 10065

Yavuz Gulu
c/o SALT MEDITERRANEAN RESTAURANT
1123 1st Avenue
New York, NY 10065

_____
FELIPE GOMEZ