UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BAHENA ESCOBAR *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>SALT MEDITERRANEAN LLC (D/B/A SALT MEDITERRANEAN RESTAURANT), AHMET KIRAL and YAVUZ GULU,<br><br>*Defendants* | Case No. 1:22-cv-1699<br><br>~~PROPOSED~~ **JUDGMENT BY DEFAULT** |

On March 1, 2022, this action was commenced by Plaintiff's filing of the Complaint. (Dkt. No. 1). The summons and Complaint in this action having been duly served on the Defendants Salt Mediterranean LLC (d/b/a Salt Mediterranean Restaurant), Ahmet Kiral, and Yavuz Gulu, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiff David Bahena Escobar has judgment jointly and severally against the Defendants Salt Mediterranean LLC (d/b/a Salt Mediterranean Restaurant), Ahmet Kiral, and Yavuz Gulu, by default, in the amount of $37,068.70 including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a):

That the Plaintiff is awarded attorney's fees in the amount of $3,077.50 and costs in the amount of $ 478.00, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:     New York, New York
           July 14         , 2022

                                        _____
                                        JESSE M. FURMAN
                                        UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to close this case.